PEOPLE, Respondent, v. SEXTON, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 17, 1904.) Proceeding by the people of the state of New York against Edward Sexton.

PER CURIAM. Appeal dismissed. Held, it having been conceded upon the argument of

this appeal that the defendant has since the entry thereof been convicted of murder in the first degree, this court has no jurisdiction to review the order complained of.